# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | Case No. 2:21-cv-197-GMN-VCF |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| JO PATRICIA RABCHEV | ) | |
| Defendant. | ) | |

Before the Court is the United States' Motion to Extend Time for Service. Having shown good cause, the United States' Motion is GRANTED. The United States shall file proof of service of Defendant Jo Patricia Rabchev by August 23, 2021. If the United States is unable to do so, it may seek additional relief from the Court.

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 6-28-2021