DAVID A. HUBBERT
Acting Assistant Attorney General

BORIS BOURGET
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Washington, D.C. 20044
202-307-2182 (v)
202-307-0054 (f)
Boris.Bourget@usdoj.gov

*Counsel for United States*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JO PATRICIA RABCHEV,<br><br>　　　　Defendant. | Case No. 2:21-cv-197-GMN-VCF<br><br>**STIPULATION TO SUBSTITUTE ATTORNEY** |

　　Pursuant to LR IA 11-6(c), the United States hereby stipulates that Boris Bourget will be substituted as counsel for the United States by Charles J. Butler, Trial Attorney, U.S. Department of Justice Tax Division.

Respectfully submitted Aug. 4, 2021.

　　　　　　　　　　　　　　　　　　DAVID A. HUBBERT
　　　　　　　　　　　　　　　　　　Acting Assistant Attorney General

　　　　　　　　　　　　　　　　　　*/s/ Boris Bourget*
　　　　　　　　　　　　　　　　　　BORIS BOURGET
　　　　　　　　　　　　　　　　　　Trial Attorney, Tax Division
　　　　　　　　　　　　　　　　　　U.S. Department of Justice

1

P.O. Box 683
Washington, D.C. 20044
202-307-2182(v)
202-307-0054 (f)
Boris.Bourget@usdoj.gov

*/s/ Charles J. Butler*
CHARLES J. BUTLER
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Washington, D.C. 20044
202-514-6062(v)
202-307-0054 (f)
Charles.J.Butler@usdoj.gov

*Counsel for the United States*

IT IS SO ORDERED.

_____
Cam Ferenbach
United States Magistrate Judge

Dated: 8-6-2021_____