DAVID A. HUBBERT
Deputy Assistant Attorney General

CHARLES J. BUTLER
Assistant Chief, Tax Division
U.S. Department of Justice
P.O. Box 683
Washington, D.C. 20044
202-514-6062 (v)
202-307-0054 (f)
Charles.J.Butler@usdoj.gov

*Counsel for United States*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JO PATRICIA RABCHEV,<br><br>Defendant. | Case No. 2:21-cv-197-CDS-VCF<br><br>**STIPULATION TO SUBSTITUTE ATTORNEY** |

Pursuant to LR IA 11-6(c), the United States hereby stipulates that Charles J. Butler will be substituted as counsel for the United States by Khashayar Attaran, Trial Attorney, U.S. Department of Justice Tax Division.

Respectfully submitted March 28, 2023.

//

//

//

1

DAVID A. HUBBERT
Deputy Assistant Attorney General

*/s/ Charles J. Butler*
CHARLES J. BUTLER
Assistant Chief, Tax Division
U.S. Department of Justice
P.O. Box 683
Washington, D.C. 20044
202-514-6062(v)
202-307-0054 (f)
Charles.J.Butler@usdoj.gov


*/s/ Khashayar Attaran*
KHASHAYAR ATTARAN
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Washington, D.C. 20044
202-514-6056(v)
202-307-0054 (f)
Khashayar.Attaran@usdoj.gov

*Counsel for the United States*


IT IS SO ORDERED.

_____
Cam Ferenbach
United States Magistrate Judge

DATED  3/28/2023
_____

**CERTIFICATEOF SERVICE**

I certify that on March 28, 2023, I filed the foregoing using the CM/ECF system, which will notify all parties that have appeared.

*/s/ Charles J. Butler*
CHARLES J. BUTLER
Assistant Chief, Tax Division
U.S. Department of Justice