**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

UNITED STATES OF AMERICA,

    Plaintiff(s),

v.

JO PATRICIA RABCHEV,

    Defendant(s).

2:21-cv-00197-CDS-VCF

**ORDER**

Before the Court is the unopposed motion to extend time to respond to defendant's motion to set aside default (ECF NO. 31).

Accordingly,

IT IS HEREBY ORDERED that any opposition to the unopposed motion to extend time to respond to defendant's motion to set aside default (ECF NO. 31), must be filed on or before April 26, 2023. No reply necessarily.

DATED this 21st day of April 2023.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE