# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

UNITED STATES OF AMERICA,

    Plaintiff(s),

v.

JO PATRICIA RABCHEV,

    Defendant(s).

2:21-cv-00197-CDS-VCF

**ORDER**

Before the Court is the unopposed motion to extend time to respond to defendant's motion to set aside default (ECF NO. 31).  No opposition has been filed to the unopposed motion to extend time to respond to defendant's motion to set aside default (ECF NO. 31).

Under LR 7-2(d), the failure of an opposing party to file points and authorities in response to any motion, except a motion under Fed. R. Civ. P. 56 or a motion for attorney's fees, constitutes a consent to the granting of the motion.

Accordingly,

IT IS HEREBY ORDERED that the unopposed motion to extend time to respond to defendant's motion to set aside default (ECF NO. 31) is GRANTED.  The deadline to file a response to the motion to set aside default (ECF No. 29) is extended to May 23, 2023.

DATED this 27th day of April 2023.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE