# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

United States of America,

        Plaintiff(s),

v.

Jo Patricia Rabchev,

        Defendant(s).

2:21-cv-00197-CDS-VCF

**ORDER**

Before the Court is the motion to set aside default (ECF No. 29).

Accordingly,

IT IS HEREBY ORDERED that an in-person hearing on the motion to set aside default (ECF No. 29), is scheduled for 11:30 AM, June 26, 2023, in Courtroom 3D.

Defense counsel must be prepared to advise the court whether or not they have authority to accept service on behalf of the client.

DATED this 13th day of June 2023.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE