UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

United States of America,

        Plaintiff(s),

vs.

Jo Patricia Rabchev,

        Defendant(s).

2:21-cv-00197-CDS-MDC

Order

IT IS ORDERED that the *Stipulation for Extension of Time* (ECF No. 50) is **GRANTED**. Any future stipulations must comply with LR IA 6-1, which provides in relevant part: "A motion or stipulation to extend time must...inform the court of all previous extensions of the subject deadline the court granted."

DATED this 18th day of June 2024.

IT IS SO ORDERED.

Hon. Maximiliano D. Couvillier III
United States Magistrate Judge