# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| United States of America, | **2:21-cv-00197-CDS-MDC** |
| Plaintiff(s), | |
| vs. | **Order** |
| Jo Patricia Rabchev, | |
| Defendant(s). | |

This case has been assigned to the undersigned magistrate judge by random draw. With good cause appearing, the Honorable Maximiliano D. Couvillier III recuses himself from this action.

ACCORDINGLY,

IT IS SO ORDERED that this case is referred to the Clerk of Court for random reassignment to another magistrate judge.

Dated this 18th day of February 2025.

_____
Hon. Maximiliano D. Couvillier III
United States Magistrate Judge