Jeffrey J. Whitehead, Esq.
Nevada Bar No. 3183
Whitehead & Burnett
6980 O'Bannon Drive
Las Vegas, Nevada 89117
Tel: (702)267-6500 Fax: (702)267-6262
Email: jeff@whiteheadburnett.com

S. Don Bennion, Esq.
Nevada Bar No. 4530
Law Office of S. Don Bennion
6980 O'Bannon Drive #400
Las Vegas, Nevada 89117
Tel: (702) 333-0777 Fax: (702) 333-0577
Email: don@bennionlaw.com
*Attorneys for Jo Patricia Rabchev*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JO PATRICIA RABCHEV,<br><br>Defendant. | Case No. 2:21-cv-197-CDS-EJY<br><br>**STIPULATION REGARDING EXTENSION OF TIME OF 30 DAYS TO PRODUCE BANK RECORDS**<br><br>**First Request** |

COME NOW Plaintiff United States of America ("Plaintiff") by and through counsel Ryan S. Watson and Defendant Jo Patricia Rabchev ("Defendant") by and through counsel S. Don Bennion and Jeffrey J. Whitehead and hereby submit this Stipulation and proposed Order granting this first stipulated extension concerning the time for Defendant to produce bank records.

This is the Parties' first request for an extension of time under **LR IA 6-1** and **LR 26-3** regarding the Parties' Stipulation to extend the time by 30 days from November 3, 2025, until December 2, 2025, for Defendant to produce available bank records in her control in response to

1

Plaintiff's Third Request for Production of Documents. On October 17, 2025, the Court denied without prejudice Plaintiff's Motion for an extension of time of 60 days to produce bank records (ECF No. 73), but further ordered that a Stipulation between the Parties and/or a Status Report is due by November 3, 2025.

On October 30, 2025, undersigned counsel for the Parties met and conferred via telephone and determined that a 30-day extension of time from November 3, 2025, until December 2, 2025, is necessary for Defendant to produce bank records received by Defendant in Plaintiff's Third Requests for Production of Documents, including records from the following foreign bank accounts: 1- Bulbank (Bulgaria), account number -0106; 2- Central Cooperative Bank Plc (Bulgaria), account number -5900; 3- UBS Swiss Financial Advisors AG or UBS (Switzerland), account numbers -4292; -1001; -4775; -540H; 4- Butterfield Cayman (Cayman Islands), account number -7516; and 5- Canadian Imperial Bank of Commerce, account number -9818.

Undersigned counsel for the Parties also conferred regarding certain present limitations imposed on Plaintiff due to the current government shutdown. Undersigned counsel for Defendant is also submitting a Status Report to the Court regarding bank records totaling 668 pages received by UBS bank October 31, 2025, which require redaction and numbering for production in this case.

///

///

///

///

The Parties request that the Court grant this Stipulated agreement by the Parties in accordance with the facts and exigent circumstances in this matter, and enter an order consistent with the proposed changes to the current schedule.

Respectfully submitted this 3rd day of November, 2025.

| | |
|---|---|
| Law Office of S. Don Bennion | David A. Hubbert<br>Deputy Assistant Attorney General |
| /s/  *S. Don Bennion, Esq.*<br>S. Don Bennion, Esq.<br>Nevada Bar No. 4530<br>6980 O'Bannon Drive., Suite 400<br>Las Vegas, Nevada 89117<br>don@bennionlaw.com<br>*Attorneys for Jo Patricia Rabchev* | /s/*Ryan S. Watson, Esq.*<br>Ryan S. Watson, Esq.<br>Trial Attorney, Tax Division<br>U.S. Dept. of Justice |

**IT IS SO ORDERED;** provided, however, the Court will not tolerate repeated delays in Defendant's obligation to comply with her obligations to produce documents as previously ordered.

Dated: November 3, 2025

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE