UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JO PATRICIA RABCHEV,<br><br>Defendant. | Case No. 2:21-cv-00197-CDS-EJY<br><br>**ORDER** |

The Court is in receipt of the Government's Response to Defendant's Request for Extension of Time. ECF No. 83. The Court's Order seeking this Response laid out some, but not all, of Defendant's extraordinary excuses and delays relating to the production of banking records first requested by the Government in March 2024. The Court agrees with the Government's sentiment that Defendant has received more than sufficient time to produce documents and comply with Court orders, which she has not done. *Id*. *See also* ECF No. 75.

IT IS HEREBY ORDERED that Defendant's Third Motion to Extend Time (ECF No. 81) seeking to February 11, 2026 to produce documents first requested almost two years ago is reluctantly GRANTED.

IT IS FURTHER ORDERED that Defendant is provided **absolutely one final extension of time, to February 11, 2026, no exceptions to be entertained, to produce ALL documents held and produced by UBS. Defendant may not redact or withhold documents except based on attorney client privilege.**

IT IS FURTHER ORDERED that if Defendant withholds any documents based on privilege, a fully compliant privilege log must be simultaneously produced by Defendant to the Government with the documents that are produced and otherwise ordered by the Court.

IT IS FURTHER ORDERED that the Court's prior order to show cause no later than January 30, 2026, relating to Defendant's failure to produce documents held in Canada and the Cayman Islands, remains in full force and effect. *See* ECF No. 82 for details.

1      IT IS FURTHER ORDERED that if Defendant fails to comply with the terms of this Order regarding production of all documents held by UBS by or before **February 11, 2026**, the Court will enter an Order sanctioning Defendant. Such sanctions will include a daily monetary sanction in the amount of $100 for every day Defendant fails to produce all such documents and the recommendation that: (i) certain facts in the Government's Complaint be established and taken as true for purposes of this action; and (2) prohibits Defendant from supporting or opposing designated claims or defenses, or from introducing designated matters in evidence.

Dated this 12th day of January, 2026.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE