# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>                    Plaintiff<br><br>  v.<br><br>Jo Patricia Rabchev,<br><br>                    Defendant | Case No. 2:21-cv-00197-CDS-EJY<br><br>**Order Rejecting Defendant's<br>Proposed Pretrial Order**<br><br>[ECF No. 91] |

Defendant Jo Patricia Rabchev submits a proposed pretrial order (ECF No. 91); however, it violates Local Rules 16-3 and 16-4, so it must be rejected.

First and foremost, Local Rule 16-3(b) requires the plaintiff to initiate a discussion with the opposing party to prepare the joint proposed order. It does not appear that occurred, as Rabchev unilaterally submitted a proposed order without input from the plaintiff. If a party refuses to participate in this process, such conduct may warrant sanctions. However, Rabchev's proposed order does not indicate whether the parties conferred or whether the plaintiff invited defense counsel to participate in preparing a joint submission. Thus, the defendant's proposed order is rejected, and the parties are ordered to confer and submit a joint proposal.

## Conclusion

It is hereby ordered that the defendant's proposed pretrial order **[ECF No. 91] is REJECTED**. The parties must confer and submit a proposed joint pretrial order that complies with Local Rules 16-3 and 16-4 by April 28, 2026.

Dated: April 14, 2026

_____
Cristina D. Silva
United States District Judge